```
1   Charles M. Louderback, SBN 88788
    Stacey L. Pratt, SBN 124892
2   Edward J. Donnelly, SBN 220980
    LOUDERBACK LAW GROUP
3   44 Montgomery Street, Suite 2970
    San Francisco, California 94104
4   Telephone    (415) 615-0200
    Facsimile:   (415) 233-4775
5   Email:    clouderback@louderbackgroup.com
              spratt@louderbackgroup.com
6             edonnelly@louderbackgroup.com
7   Attorney for Plaintiff
    ANDREW ROSS
8
```

9
10                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
11

12  ANDREW D. ROSS, an individual,

13                                          Case No.:  3:14-cv-04415 JST
                    Plaintiff,
14
                                            **STIPULATION AND [PROPOSED] ORDER**
15          vs.                             **ALTERING BRIEFING SCHEDULE ON**
                                            **DEFENDANT'S MOTION TO DISMISS**
16  OCTAGON, INC., a Washington, D.C.       **FOR LACK OF JURISDICTION**
    corporation,
17
18                  Defendant.              **Complaint Filed:  10/01/2014**

19                                          **DEMAND FOR JURY TRIAL**

20

21      Plaintiff ANDREW D. ROSS ("Ross") and Defendant OCTAGON, INC. ("Octagon")

22  (each individually a "Party" and jointly referred to as "the Parties"), by and though their respective

23  counsel, hereby stipulate and agree as follows:

24      **WHEREAS** on October 28, 2014 Defendant Octagon, Inc. filed its Motion to Dismiss

25  Pursuant to Fed. R. Civ. P. 12(B)(1) Or To Transfer Pursuant To 28 U.S.C. § 1404(A) (Motion to

26  Dismiss") [Dkt. 8] which set the date for Plaintiff's opposition to the Motion to Dismiss on

27  November 12, 2014,

28

---
STIPULATION AND [PROPOSED] ORDER ALTERING BRIEFING SCHEDULE ON DEFENDANT'S MOTION
TO DISMISS FOR LACK OF JURISDICTION; CASE NO. 3:14-cv-04415 JST

1  **WHEREAS** on October 29, 2014, Plaintiff Ross filed a declination to proceed before Magistrate Judge Laurel Beeler [Dkt. 12],

**WHEREAS** on October 30, 2014, Court Clerk Richard W. Wieking issued an Order [Dkt. 14] advising the parties that pursuant to the case's reassignment to Judge Jon S. Tigar, "All dates presently scheduled are vacated and motions should be re-noticed for hearing before the judge to whom the case has been reassigned.  Briefing schedules, including ADR and other deadlines remain unchanged",

**WHEREAS** on November 13, 2014, Defendant Octagon, Inc. filed its Re-Notice of Motion and Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(1) Or To Transfer Pursuant To 28 U.S.C. § 1404(A), for hearing on December 18, 2014 [Dkt. 16],

**WHEREAS** upon receipt of Defendant's re-notice of the Motion to Dismiss, Plaintiff discovered that a clerical error had resulted in the original opposition date of November 12, 2014 being removed from the firm's litigation calendar, along with the previously vacated December 18, 2014 hearing date,

**WHEREAS** no Party shall be prejudiced by this stipulation,

**IT IS STIPULATED AND AGREED** by the Parties that Plaintiff shall be granted an extension of time to file his opposition to the Motion to Dismiss.  Plaintiff's opposition shall be filed on or before November 21, 2014.  Defendant's reply in support of the Motion to Dismiss shall be filed on or before December 4, 2014.

DATED:  November 17, 2014              LOUDERBACK LAW GROUP

                                       By: /s/ *Charles M. Louderback*
                                           Charles M. Louderback
                                           Stacey L. Pratt
                                           Edward J. Donnelly

                                           Attorneys for Plaintiff
                                           ANDREW D. ROSS

- 2 -
STIPULATION AND [~~PROPOSED~~] ORDER ALTERING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION; CASE NO. 3:14-cv-04415 JST

DATED:  November 17, 2014

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ *Timothy L. Reed*
    Danielle Ochs
    Timothy L. Reed
    Steuart Tower, Suite 1300
    One Market Plaza
    San Francisco, CA  94105
    Telephone: 415-442-4810
    Facsimile:  415-442-4870

    Attorneys for Defendant
    OCTAGON, INC.

## ORDER

Having considered the Stipulation regarding the parties' agreement to allow an extension of time for Plaintiff Andrew D. Ross to file an opposition to Defendant Octagon, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(B)(1) Or To Transfer Pursuant To 28 U.S.C. § 1404(A), the Court hereby **GRANTS** the extension of time.  Plaintiff shall file his opposition to the motion on or before November 21, 2014.   Defendant shall file its reply in support of the motion on or before December 4, 2014.

**IT IS SO ORDERED.**

DATED:  November 20, 2014

Hon. _____
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

- 3 -
STIPULATION AND [PROPOSED] ORDER ALTERING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION; CASE NO. 3:14-cv-04415 JST